AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Talwani, Indira | 2. Court or Organization<br><br>U.S. District Court, Massachusetts | 3. Date of Report<br><br>11/25/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

John J. Moakley U.S. Courthouse
One Courthouse Way, Suite 4710
Boston, MA
02110

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Talwani, Indira | 11/25/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Pyle Rome LLP - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Talwani, Indira | 11/25/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Tuition Management Systems | Tuition for Spring Semester 2016 for Amherst College | K |
| 2. | Citizens Bank | Credit Card | None |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. American Funds Capital World Growth & Income Fund | B | Dividend | L | T | | | | | |
| 2. American Funds EuroPacific Growth Fund | A | Dividend | K | T | | | | | |
| 3. American Funds Fundamental Investors Fund | C | Dividend | L | T | | | | | |
| 4. American Funds Growth Fund of America | C | Dividend | K | T | | | | | |
| 5. American Funds Investment Company of America Fund | A | Dividend | J | T | | | | | |
| 6. Glenmede Small Cap Equity | A | Dividend | K | T | | | | | |
| 7. JP Morgan Large Cap Growth | B | Dividend | K | T | | | | | |
| 8. Mainstay ICAP Select Equity Fund | D | Dividend | K | T | | | | | |
| 9. Vanguard Target Ret 2020 | A | Dividend | K | T | | | | | |
| 10. Vanguard Wellington Fund | B | Dividend | K | T | | | | | |
| 11. Yacktman Fund | A | Dividend | | | Sold | 04/16/15 | L | | |
| 12. Vanguard Equity | C | Dividend | L | T | Buy | 04/16/15 | L | | |
| 13. Beeson, Tayer & Bodine, a P.C. 401K Profit Sharing Plan, by WESPAC | A | Dividend | K | T | | | | | |
| 14. Pyle Rome & Lichten PC Ret. Pl., by DHK Fin. Advis./ Charles Schwab | | None | M | T | | | | | |
| 15. Trust #1 | | | | | | | | | |
| 16. - rental property #1, South Orleans, Massachusetts | E | Rent | P2 | W | | | | | |
| 17. - Federated Govor Obl TX Mgd-I | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Massachusetts State General Obligations 12/28/2011 (X) | C | Interest | M | T | | | | | |
| 19. - Federal Farm Credit Bank Bond 06/12/2024 | B | Interest | | | Sold | 06/17/15 | M | | |
| 20. -Federal Farm Credit Bank Bond 07/07/2023 | B | Interest | | | Sold | 05/07/15 | M | | |
| 21. -Federal Farm Credit Bank Bond 08/06/2024 | C | Interest | | | Sold | 08/06/15 | M | | |
| 22. -Federal Farm Credit Bank Bond 12/02/2024 | C | Interest | M | T | Buy | 12/02/15 | M | | |
| 23. - Federal Farm Credit Bank Bond 5/13/2025 | C | Interest | M | T | Buy | 05/15/15 | M | | |
| 24. - Federal Farm Credit Bank Bond 6/30/2025 | C | Interest | M | T | Buy | 06/30/15 | M | | |
| 25. - Federal Farm Credit Bank Bond 8/5/2025 | C | Interest | M | T | Buy | 08/05/15 | M | | |
| 26. -Federal Farm Credit Bank Bond 4/23/2026 | C | Interest | M | T | Buy | 11/19/15 | M | | |
| 27. - Federal Farm Credit Bank Bond 2/11/2028 | C | Interest | M | T | Buy | 02/11/15 | M | | |
| 28. - Federal Farm Credit Bank Bond 4/21/2025 | A | Interest | | | Buy | 01/21/15 | M | | |
| 29. | | | | | Sold | 04/07/15 | M | | |
| 30. - Federal Farm Credit Bank Bond 4/8/2030 | C | Interest | | | Buy | 04/08/15 | M | | |
| 31. | | | | | Sold | 11/19/15 | M | | |
| 32. -Federal Home Loan Bank 06/19/2024 | A | Interest | | | Sold | 01/14/15 | M | | |
| 33. -Federate Short-Term Municipal Trust | C | Interest | M | T | Buy (add'l) | 02/24/15 | M | | |
| 34. -Loomis Sayles Bond Fund | | None | | | Buy (add'l) | 02/24/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Talwani, Indira | 11/25/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 07/02/15 | M | | |
| 36.   -Loomis Sayles Inv Grade Bond | | None | | | Sold | 07/02/15 | M | D | |
| 37.   -Loomis Sayles Senior | D | Distribution | M | T | | | | | |
| 38.   -Disney Walt Co New | A | Dividend | L | T | Sold (part) | 02/06/15 | K | D | |
| 39. | | | | | Sold (part) | 02/18/15 | J | B | |
| 40. | | | | | Sold (part) | 05/01/15 | J | A | |
| 41. | | | | | Sold (part) | 11/06/15 | K | D | |
| 42.   -McDonald Corp. | A | Dividend | L | T | Buy | 11/10/15 | K | | |
| 43.   -TJX Cos Inc | A | Dividend | L | T | Buy | 05/21/15 | K | | |
| 44. | | | | | Buy (add'l) | 06/24/15 | K | | |
| 45.   -V.F. Corp. | B | Dividend | K | T | Sold (part) | 02/18/15 | J | A | |
| 46. | | | | | Sold (part) | 05/01/15 | J | A | |
| 47.   -Anheuser-Busch | B | Dividend | L | T | Sold (part) | 02/18/15 | J | A | |
| 48. | | | | | Sold (part) | 05/01/15 | J | A | |
| 49.   -Fomento Econ Mexicano | A | Dividend | K | T | Sold (part) | 02/18/15 | J | | |
| 50.   -Nestle SA | B | Dividend | K | T | Sold (part) | 02/18/15 | J | A | |
| 51.   -Pepsico Inc. | B | Dividend | L | T | Sold (part) | 02/18/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Talwani, Indira | 11/25/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 11/06/15 | K | | |
| 53. -Procter & Gamble Co | B | Dividend | K | T | Sold (part) | 02/18/15 | J | A | |
| 54. -Anadarko Petroleum Corp | A | Dividend | | | Sold (part) | 01/09/15 | J | | |
| 55. | | | | | Sold (part) | 02/18/15 | J | | |
| 56. | | | | | Sold | 04/09/15 | L | | |
| 57. -EOG RES Inc. | A | Dividend | | | Sold (part) | 02/18/15 | J | A | |
| 58. | | | | | Sold | 04/09/15 | K | C | |
| 59. -ExxonMobil Corp. | B | Dividend | L | T | Sold (part) | 02/18/15 | J | A | |
| 60. | | | | | Sold (part) | 05/01/15 | J | A | |
| 61. -Range Resources Corp. | | None | | | Sold | 01/09/15 | K | | |
| 62. -American International Group | B | Dividend | L | T | Sold (part) | 03/04/15 | J | A | |
| 63. | | | | | Sold (part) | 05/01/15 | J | A | |
| 64. -Huntington Bancshares Inc. | A | Dividend | K | T | Sold (part) | 02/18/15 | J | A | |
| 65. -PNC Financial Services Group | B | Dividend | L | T | Sold (part) | 02/06/15 | K | D | |
| 66. | | | | | Sold (part) | 02/18/15 | J | A | |
| 67. -US Bancorp New | B | Dividend | L | T | Sold (part) | 02/18/15 | J | A | |
| 68. -Wells Fargo & Co. | B | Dividend | L | T | Sold (part) | 02/18/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Talwani, Indira | 11/25/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Abbott Labs | A | Dividend | K | T | Sold (part) | 02/18/15 | J | A | |
| 70. -AbbVie Inc. | B | Dividend | K | T | Sold (part) | 02/18/15 | J | B | |
| 71. | | | | | Sold (part) | 05/01/15 | J | A | |
| 72. | | | | | Sold (part) | 07/28/15 | K | E | |
| 73. -Johnson & Johnson | B | Dividend | L | T | Sold (part) | 02/19/15 | K | D | |
| 74. -Medtronic PLC | B | Dividend | L | T | Buy | 02/19/15 | K | | |
| 75. | | | | | Sold (part) | 05/01/15 | J | | |
| 76. | | | | | Buy (add'l) | 07/28/15 | K | | |
| 77. -Merck & Co. Inc. | B | Dividend | L | T | Sold (part) | 02/18/15 | J | A | |
| 78. | | | | | Sold (part) | 05/01/15 | J | | |
| 79. | | | | | Sold (part) | 07/28/15 | K | C | |
| 80. -Novartis | A | Dividend | K | T | Buy | 07/28/15 | K | | |
| 81. -Pfizer Inc. | C | Dividend | L | T | Sold (part) | 02/18/15 | J | A | |
| 82. | | | | | Sold (part) | 05/01/15 | J | A | |
| 83. -Zoetis Inc. | A | Dividend | L | T | Sold (part) | 02/18/15 | J | B | |
| 84. -Emerson Elec Co. | | None | | | Sold | 02/03/15 | K | D | |
| 85. -General Electric Corp. | B | Dividend | L | T | Sold (part) | 02/18/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Talwani, Indira | 11/25/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 05/01/15 | J | A | |
| 87. -Hexcel Corp. | A | Dividend | L | T | Sold (part) | 02/18/15 | J | B | |
| 88. | | | | | Sold (part) | 05/01/15 | J | A | |
| 89. -Union Pac Corp. | A | Dividend | K | T | Sold (part) | 02/06/15 | K | D | |
| 90. -United Parcel Service | B | Dividend | K | T | Sold (part) | 05/01/15 | J | | |
| 91. -Adobe Sys Inc. | | None | L | T | Sold (part) | 02/06/15 | K | D | |
| 92. | | | | | Sold (part) | 02/18/15 | J | A | |
| 93. | | | | | Sold (part) | 05/01/15 | J | A | |
| 94. -Alphabet Inc cl A [former Google 10/5/15 name change] | | None | L | T | | | | | |
| 95. - Alphabet Inc cl C [former Google 10/5/15 name change] | | None | L | T | | | | | |
| 96. -Apple Inc. | B | Dividend | L | T | Sold (part) | 03/05/15 | K | D | |
| 97. -Check Point Software Tech | | None | L | T | Sold (part) | 02/18/15 | J | A | |
| 98. | | | | | Sold (part) | 05/01/15 | J | A | |
| 99. | | | | | Sold (part) | 06/24/15 | J | C | |
| 100. -Cognizant Technology Solutions | | None | K | T | Sold (part) | 02/18/15 | J | A | |
| 101. -Microsoft Corp. | C | Dividend | M | T | Sold (part) | 03/04/15 | J | A | |
| 102. | | | | | Sold (part) | 05/01/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Talwani, Indira | 11/25/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Salesforce.com | | None | L | T | Buy | 01/13/15 | L | | |
| 104. | | | | | Sold (part) | 02/18/15 | J | A | |
| 105. | | | | | Sold (part) | 05/01/15 | J | A | |
| 106.  -Synchronoss Technologies | | None | K | T | Sold (part) | 02/18/15 | J | A | |
| 107.  -Cytex Industries Inc. | | None | | | Sold (part) | 02/18/15 | J | A | |
| 108. | | | | | Sold (part) | 06/24/15 | J | C | |
| 109. | | | | | Sold | 12/09/15 | L | E | |
| 110.  -FMC Corp. | A | Dividend | | | Sold (part) | 02/18/15 | J | A | |
| 111. | | | | | Sold | 05/21/15 | K | B | |
| 112.  -Visa | A | Dividend | L | T | Buy | 03/05/15 | K | | |
| 113. | | | | | Buy (add'l) | 11/10/15 | K | | |
| 114.  -Praxair Inc. | B | Dividend | K | T | Sold (part) | 02/18/15 | J | A | |
| 115.  -Verizon Communications | B | Dividend | K | T | Sold (part) | 02/18/15 | J | A | |
| 116.  -NextEra Energy Inc. | B | Dividend | L | T | Sold (part) | 02/18/15 | J | B | |
| 117.  - iShares Core S&P Mid-Cap ETF | A | Dividend | K | T | Buy | 04/09/15 | K | | |
| 118. | | | | | Sold (part) | 05/01/15 | J | | |
| 119.  -iShares Core S&P Small-Cap ETF | B | Dividend | L | T | Sold (part) | 02/18/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Talwani, Indira | 11/25/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 04/09/15 | K | | |
| 121. –iShares Nasdaq BiotechETF | A | Dividend | K | T | Sold (part) | 02/18/15 | J | A | |
| 122. –Wisdomtree Japan | | None | | | Sold | 01/12/15 | K | A | |
| 123. –Oracle | A | Dividend | | | Buy | 01/13/15 | K | | |
| 124. | | | | | Sold (part) | 02/18/15 | J | | |
| 125. | | | | | Sold | 11/10/15 | K | | |
| 126. Trust #2 | | | | | | | | | |
| 127. – rental property #2, Cotuit, Massachusetts | F | Rent | P1 | W | | | | | |
| 128. – Citizens Bank checking account | A | Interest | J | T | | | | | |
| 129. Citizens Bank cash accounts | A | Interest | J | T | | | | | |
| 130. Charles Schwab cash account | A | Interest | K | T | Buy | 04/17/15 | K | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000; (See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000. 2. Value Codes J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000; (See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000; P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000. 3. Value Method Codes Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market; (See Column C2) U =Book Value; V =Other; W =Estimated.

| Name of Person Reporting | Date of Report |
|---|---|
| Talwani, Indira | 11/25/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Line 13. This asset is a tax-deferred retirement account maintained, controlled, and owned by my husband's former law firm. Neither my husband nor I have ownership in or control over the selection of assets (other than choosing a general category of risk). No individual dividends are credited to the account. The value of the fund is adjusted quarterly.

Part VII. Line 14: This asset is a tax-deferred retirement account maintained, controlled, and owned by my husband's law firm. Neither my husband nor I have ownership in or control over the selection of assets (other than choosing a general category of risk). No individual dividends are credited to the account. The value of the fund is adjusted quarterly.

Part VII. Lines 15 - 125. Line 15 is a header for lines 16-125. My husband and our children are beneficiaries of Trust #1. Trust #1 was not set up by my husband, our children or me, and we have no control over the assets or income of the trust. The assets of the trust are the property listed in line 16 and the holdings listed in lines 17-125. My household's beneficiary interest in the assets of the trust is 5.5% of the value indicated in Column C.

Part VII. Lines 126 - 128. Line 126 is a header for lines 127-28. My husband is a beneficiary and trustee of Trust #2. The sole assets of Trust are the property listed in line 95 and the checking account listed in line 96. My husband's beneficiary interest is 20% of the value indicated in Column C.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Indira Talwani**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544